```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :       INDICTMENT
        -v.-                     :
                                 :       07 Cr.
ANDRE MATHEWS,                   :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x
```



07 CRIM 589

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 28 2007

JUDGE KARAS

COUNT ONE

The Grand Jury charges:

From on or about August 1, 2006, through on or about April 19, 2007, in the Southern District of New York and elsewhere, ANDRE MATHEWS, the defendant, an individual required to register under the Sex Offender Registration and Notification Act, unlawfully, willfully, and knowingly, did travel in interstate commerce and fail to register and update a registration as required by the Sex Offender Registration and Notification Act, to wit, from August 1, 2006 through April 19, 2007, MATHEWS lived in New Jersey and traveled to New York without updating his information with New York's sex offender database, or registering in New Jersey as required by law.

(Title 18, United States Code, Section 2250.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ANDRE MATHEWS,

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. § 2250)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____ Foreperson.

6/28/07 Indictment Filed