UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA
         against
_____ _____

(Alias)_____

_____

              Please PRINT Clearly
```

07 CR 589

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: J. MICHAEL MCMAHON, CLERK.

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [ ] RETAINED    3. [X] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO  [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. Dec.  YR. 1973

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE: Robert M. Baum
PRINT THE FOLLOWING INFORMATION CLEARLY
Robert M. Baum
Attorney for Defendant
Federal Defender Division
Firm name if any
52 Duane St 10th Fl.
Street address
New York  NY  10007
City / State / Zip
212 285-2560
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186