I H-11.Revised 8/2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
:
    UNITED STATES OF AMERICA         :      ORDER APPOINTING COUNSEL
:      (Federal Defenders of New York, Inc.)
           - v -                         :
:      Docket # _____
_____    :
               Defendant       :
:
------------------------------------------------- x

      Because the above name defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

    Check one)    _____    all proceedings

                       _____    bail/presentiment only

                       _____    other (specify)  _____

      If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date _____                               _____
                                                           Signature of U.S. Judge or Magistrate Judge
                                                           or by order of the Court:

                                                           _____
                                                           Clerk or Deputy

TO:    J. MICHAEL McMAHON, CLERK
        United States District Court
        Southern District of New York

        Federal Defenders of New York, Inc.
        52 Duane Street, 10th Floor
        New York, New York 10007

Copy 1 – Retain in Magistrate Judge File
Copy 2 – To Federal Defenders of New York, Inc.
Copy 3 – To U.S.D.C. Clerks Office ( Attn: C.J.A. Clerk)