## New York State SEX OFFENDER REGISTRATION FORM
Please Print or Type Requested Information

DCJS USE ONLY: 10002829
☐ Photo Not Attached
☐ Prints Not on File

**OFFENDER INFORMATION**

1. Name (Last, First, Middle): MATTHEWS, ANDRE
2. Alias / Nickname / Maiden Name (Last, First, Middle): "NUT"
3. Date of Birth: 04/09/65
4. Sex: ☒ M ☐ F ☐ U
5. Race: ☐ White ☒ Black ☐ Asian ☐ Indian ☐ Unknown
6. Ethnic Origin: ☐ Non Hispanic ☐ Hispanic ☐ Unknown — BLACK
7. Height: 5'7"
8. Weight: 135
9. Hair: BLK
10. Eyes: BRO
11. Glasses: ☐ Yes ☐ No / ☐ Contacts
12. Scars / Marks / Tatoos: Vitiligo - whitening of facial hair
13. Social Security No.: 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
14. NYSID No.: 4821715-K
15. FBI No.: 272530EA
16. Driver's License No. & State:
17. License Plate No.:
18. Issuing State:
19. Vehicle Year:
20. Make:
21. Model:
22. Color:

**ARREST INFORMATION**

23. Arresting Agency: NY CITY P.D. 90 PCT. Det. Belfiore
24. Arrest Date: 8/13/85
25. County: MAN
26. [1365]
27. Sex Offender's Address at Time of Arrest: 1970 Lex Ave NYC NY
28. City, State, Zip: NYC NY
29. County: MAN.
30. Conviction(s) for Registration Purposes: SODOMY 1°
31. Sentencing Court: NY Supreme
32. Docket No.: 5200/85
33. Date of Conviction: 1/16/86
34. Sentence(s) Imposed: 04-00
35. Victim's Age: 6-10 yr
36. Victim's Sex: ☐ M ☒ F ☐ Both
37a. Modus Operandi: DOMESTIC
37b. Description of Offense: Over a period of time subject repeatedly sodomized a young daughter of a friend at her home

**RELEASE INFORMATION**

38. Supervising Agency: DIVISION OF PAROLE - MANHATTAN II
39. Supervising Officer: WROBLESKI, CHRISTOPHER
40. Agency Phone No.: (212) 239-6142
41. Max. Exp. Date of Parole/Probation: 09/29/1997
42. Risk Level of Offender: ☐ One ☐ Two ☒ Three ☐ Pending
43. Special Conditions of Offender's Release: Urine testing, Drug Treatment, Psych Treatment, SOME
44. Address of Offender: 3150 Broadway #6B
45. City, State, Zip: NYC NY
46. County: MAN.
47. Home Phone No.: 212-747-5025
48. Sex Offender's Signature: A. Matthews
49. Date: 2/14/96
50. ☐ Check this box if a Continuation Sheet is Attached

Please follow the instructions listed on the back of this form.

### SEX OFFENDER'S NOTICE OF REGISTRATION

1. I understand that a copy of this form will be sent to the Division of Criminal Justice Services (DCJS) and that my name and information about me will be included in the New York State Sex Offender Registry. The completion and submission to DCJS of this form registers me under Correction Law, Article 6-C, the Sex Offender Registration Act.
2. I understand that I must annually verify my address with DCJS and notify DCJS in writing if my address changes from that listed above. If it is determined that my level of risk is 3, I understand that I must personally verify my address every 90 days with my local law enforcement agency.
3. My obligation and the procedure for registration under the Sex Offender Registration Act have been explained to me. (Those duties are fully described on the back of this form.)

### AVISO DE REGISTRO PARA EL DELINCUENTE SEXUAL

1. Entiendo que una copia de este formulario se enviará a la División de Servicios de Justicia Criminal ("DCJS") y que mi nombre e información con respecto a mi persona se incluirán en el Registro de Delincuentes Sexuales del Estado de Nuevo York. El llenar y someter este formulario a DCJS me registra bajo la Ley de Corrección, Artículo 6-C, del Acta de Registro de Delincuentes Sexuales.
2. Entiendo que tengo que verificar anualmente mi dirección con DCJS y notificarles, por escrito, si mi dirección cambia de aquélla que aparece registrada. Si se determina que mi nivel de riesgo es tres (3), entiendo que debo verificar mi dirección en persona cada noventa (90) días con la agencia local de la ejecución de la ley.
3. Se me ha explicado mi deber y el procedimiento de registro bajo el Acta de Registro de Delincuentes Sexuales. (Dichos deberes están descritos por completo al dorso de este formulario.)

Sex Offender's Signature: Andre D. Matthews
Sex Offender's Name (print): ANDRE MATTHEWS
Date: 2/14/96

Address of Offender: 3150 BROADWAY #6B
City, State, Zip: NYC NY
NYSID No.: 4821715-K

Notifying Agency: DIVISION OF PAROLE - MANHATTAN II
Agency Address: 314 W. 40th ST., NEW YORK, N.Y. 10018
Agency Phone No.: 212-239-6142

Signature of Notifying Officer: PO Wrobleski
Name and Title of Notifying Officer: CHRISTOPHER WROBLESKI, PAROLE OFFICER
Earliest Possible Release Date: ON PAROLE

00008

Please follow the instructions listed on the back of this form.
DJS - 3230 (11/95)

DCJS COPY