# APARTMENT LEASE

The Landlord and the Tenant agree to lease the Apartment for the Term and at the Rent stated, as follows: The words Landlord and Tenant include all Landlords and all tenants under this Lease.

Landlord **140-71 STREET LLC**
Address in county for receipt of notices
**156 HUDSON AVENUE**
**RIDGEFIELD PK  NJ 07660**

Tenant **ANDRE MATHEWS**
Type names of all adult tenants who will live in the Condo. Each must sign this Lease

Apartment **4** in the Building at **140-71 st Street Guttenberg NJ 07093**

Date of Lease **April 22, 2006**

Term **One Year**
Beginning **May 1, 2006**
Ending **April 30, 2007**

Security $ **700/=** deposited at _____
Name and address of bank, savings and loan association, or investment company

Rent for the term is $ **8736**

The Rent is payable in advance on the first day of each month, as follows: $ **728/=**

**NO PETS**
**Apt. Shall be occupied by → ANDRE & HIS SON**

$25.00

A $~~50~~.00 late charge will be collected for any rent received after the 5th of the month. A $50.00 fee will be charged for all returned checks.

## TABLE OF CONTENTS

1. Possession and Use
2. Rent
3. Additional Rent
4. Security
5. No Assignment or Subletting
6. Violation, Eviction, and Re-Entry
7. Damages
8. Quiet Enjoyment
9. Utilities and Services
10. Tenant's Repairs and Maintenance
11. Landlord's Repairs and Maintenance
12. Access to the other Apartment
13. No Alterations of Installations of Equipment
14. Fire and other Casualty
15. Liability of the Landlord and Tenant
16. Subordination to Mortgage
17. Tenant's Letter
18. Notices
19. No Waiver
20. Survival
21. Renewal
22. Furniture
23. End of Term
24. Binding
25. Full Agreement
26. Rules and Regulation
27. Attorney Review
28. No Responsibility
29. Broken Indemnification
30. Megan's Law Statement
31. Window Guards
32. Obligations
33. Lead Based Paint Addendum

00030