# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

October 19, 2007

**BY HAND**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/23/07

**Re:**  **United States v. Andre Mathews**
       **07 Cr. 589 (RJS)**

Dear Judge Sullivan:

   I write on behalf of my client Andre Mathews, to respectfully request that the Court modify the bail conditions regarding travel restrictions set by Magistrate Judge Maas at the presentment on July 3, 2007. Mr. Mathews travel was restricted to the Southern and Eastern Districts of New York. He is currently employed as the Operations Manager for Moonlite Courier Service Worldwide in Manhattan. He requests the Court's permission to travel to the District of New Jersey for business meetings on behalf of his employer. All other conditions would remain in effect. I have spoken with David A. O'Neil, Esq., on behalf of the Government, and he consents to this request.

   Thank you for your consideration of this matter.

               Respectfully submitted,

               *[signature]*
               Robert M. Baum
               Assistant Federal Defender
               Tel.: (212) 417-8760

SO ORDERED.

*[signature]*

**HONORABLE RICHARD J. SULLIVAN**
United States District Judge

cc:   David A. O'Neil, Esq.
      Assistant United States Attorney