UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :    MISDEMEANOR
                                          INFORMATION
      -v.-                           :
                                          S1 07 Cr. 589 (RJS)
ANDRE MATHEWS,                       :

            Defendant.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

From on or about August 1, 2006, through on or about April 19, 2007, in the Southern District of New York and elsewhere, ANDRE MATHEWS, the defendant, being a person required to register under a State sexual offender registration program, unlawfully, willfully, and knowingly, did change his address to a State other than the State in which he resided at the time of his immediately preceding registration, and did establish a new residence in that State, without registering within ten days or at any time thereafter with the Federal Bureau of Investigation and the State in which his new residence was established, to wit, MATHEWS moved from the Bronx, New York to New Jersey, without updating his information with New York's sex offender database, or registering in New Jersey, as required by law.

(Title 42, United States Code, Sections 14072(g)(3) and (i)(1).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 6 2007

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANDRE MATHEWS,

Defendant.

MISDEMEANOR
INFORMATION

S1 07 Cr. 589 (RJS)

(42 U.S.C. §§ 14072(g)(3) and (i)(1).)

MICHAEL J. GARCIA
United States Attorney.

Nov. 16, 2007
Misdemeanor Information filed in
S1 07 CR 589 (RJS)

Freeman USMJ