UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America

-v-

Andre Mathews,

               Defendant.

Case No.
07-CR-0589 (RJS)

AMENDED ORDER
SETTING SENTENCE DATE

RICHARD J. SULLIVAN, District Judge:

       IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Monday, March 24, 2008 at 3pm in the United States District Court for the Southern District of New York, Courtroom 21 C for sentencing

Dated: March 10, 2008
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE